UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL E. MEGGINSON,                          :

        Plaintiff,                                  :       ORDER

  -v.-                                                          :
                                                                             22 Civ 0051 (JGK) (GWG)
CITY OF NEW YORK et al.,                       :

        Defendants.                                :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The City has failed to file the status report it indicated it would file by October 31, 2022, in its letter dated September 15, 2022. See Docket # 34. In light of the fact that the stay of the time to answer the complaint was based on the City's purported need to investigate the incident (see Docket # 21), and in light of the lengthy time period that has elapsed since the stay was first requested, the Court now sets a deadline of November 17, 2022, for all named defendants to respond to the complaint. Those defendants are the City of New York, C.O. Rhooms, Captain Cesar, and Captain Christian, all of whom have waived service. See Docket ## 14, 15, 32.

       The Court reminds plaintiff that the City has been unable to identify the defendant named as "John Doe" based on the plaintiff's description. See Letter dated August 1, 2022 (Docket # 31). Thus, the case will not proceed as to that defendant unless an identification is made in the future.

       Finally, the plaintiff's address (Docket # 33) has been incorrectly transcribed on the docket sheet. The address should read as follows:

       2751 Briggs Ave
       Bronx, NY 10458.

The Clerk is requested to change the address to the above.

       SO ORDERED.

Dated: November 3, 2022
       New York, New York

                                                                               _____
                                                                               GABRIEL W. GORENSTEIN
                                                                               United States Magistrate Judge