UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

MICHAEL E. MEGGINSON,                      22-cv-51 (JGK)

             Plaintiff,         ORDER

   - against -

CITY OF NEW YORK, ET AL.,

             Defendants.
───────────────────────────────

**JOHN G. KOELTL, District Judge:**

    On November 9, 2022, the defendants in this action advised the Court that the parties had settled the case and that a fully executed stipulation and order of dismissal was forthcoming. See ECF No. 36. On November 28, 2022, the parties filed a stipulation that dismissed all of the plaintiffs' claims against Correction Officer Roxanne Rhooms, Captain Kirk Cesar, and Captain Cossette Christian, but which did not mention the remaining defendants, the City of New York and C.O. John Doe. ECF No. 38. The Court signed the stipulation and order of dismissal on the same day. ECF No. 39.

    The parties' November 9, 2022 letter advising the Court of settlement indicated an intent among the parties to dismiss this action in its entirety. However, because the stipulation did not include the City of New York or C.O. John Doe, the parties are directed to inform the Court by **February 3, 2023,** whether the terms of the stipulation and order of dismissal should be extended to those two defendants. If the answer is yes, the Court will dismiss those defendants from the action and close the case.

The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff.

**SO ORDERED.**

**Dated:**   **New York, New York**
             **January 23, 2023**

                                                 _____
                                                 John G. Koeltl
                                                 United States District Judge

2