Case 1:22-cv-00051-JGK-GWG Document 42 Filed 02/03/23 Page 1 of 2



| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **MARY K. SHERWOOD**<br>*Assistant Corporation Counsel*<br>msherwoo@law.nyc.gov<br>Phone: (212) 356-2425<br>Fax: (212) 356-3509 |

February 3, 2023

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:  Megginson v. The City of New York, et. al.
       22 Civ. 51 (JGK) (GWG)

Your Honor:

  I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant the City of New York (the "City"). I write on behalf of the Parties, in response to the Court Order dated January 23, 2023, to state whether the terms of the stipulation and order of dismissal should be extended to the City of New York and the John Doe Defendant. (Dkt. No. 40). The Parties agree that the terms of the stipulation and order of dismissal filed with the Court on November 28, 2022 should be extended to those two defendants. (*See.* Dkt. No. 38). Therefore, it is respectfully requested that Your Honor dismiss this matter in its entirety.

*[Handwritten order:]* The Clerk is directed to dismiss this case in its entirety. The Clerk is directed to close this case. So ordered.

*[Signed]* JGKoeltl
U.S.D.J.
2/3/23

Case 1:22-cv-00051-JGK-GWG   Document 41   Filed 02/03/23   Page 2 of 2

The Parties thank the Court for its attention.

                                            Respectfully submitted,

                                            */s/ Mary K. Sherwood*
                                            Mary K. Sherwood
                                            *Assistant Corporation Counsel*
                                            Special Federal Litigation

cc:    VIA FIRST-CLASS MAIL
        Michael E. Megginson
        Book & Case No. 241-210-2023
        North Infirmary Command (NIC)
        NYC Department of Correction
        15-00 Hazen Street
        East Elmhurst, NY  11370

        Michael E. Megginson
        2751 Briggs Ave.
        Bronx, NY 10458